PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | No. 09-47400 RE |
| **VICTOR HON HUIE and KIMBERLY ANN HAMILTON,** | Chapter 13 |
| Debtors. | **EX PARTE APPLICATION FOR LIEN STRIP FEE; TRUSTEE'S CONSENT** |

The undersigned hereby applies for an order as follows:

1. I am counsel for the above-captioned Debtors.

2. On May 19, 2011, the court entered the order valuing the lien of Wells Fargo Bank, NA.

3. Debtors' counsel prays for an order allowing the additional flat fee of $1,500.00, to be paid through Debtors' Chapter 13 plan.

Dated: May 31, 2011  /s/ Patrick L. Forte
PATRICK L. FORTE
Attorney for Debtors

**Trustee's Consent**

I consent to the above application.

Dated: June 22, 2011  /s/ Martha G. Bronitsky
MARTHA G. BRONITSKY
Chapter 13 Trustee

Page 1 of 1